UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

PRINELL PAUL,

                    Plaintiff,

                                                    5:25-CV-1199
v.                                                   (GTS/MJK)

CARDEN, DOTZLER, HAMMOND LAW, PLLC LAW
FIRM; CLIFFORD CARDEN, Attorney at Law;
MATTHEW DOTZLER, Attorney at Law; DAVID
HAMMOND, Attorney at Law; BRIAN TEDD, Attorney
at Law; and NICHOLAS HURTADO, Attorney at Law;

                    Defendants.

_____

APPEARANCES:

PRINELL PAUL, 05002328
  Plaintiff, *Pro Se*
Onondaga County Justice Center
555 South State Street
Syracuse, New York 13202

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

       Currently before the Court, in this *pro se* civil rights action filed by Prinell Paul

("Plaintiff") against the law firm of Carden, Dotzler, Hammond Law, PLLC, and five of its

attorneys ("Defendants") asserting claims under 42 U.S.C. § 1983, is United States Magistrate

Judge Mitchell J. Katz's Report-Recommendation recommending that Plaintiff's Complaint be

*sua sponte* dismissed without prejudice and without leave to amend for failure to state a claim.

(Dkt. No. 7.)  Plaintiff has not filed an Objection to the Report-Recommendation, and the

deadline to do so has expired.  (*See generally* Docket Sheet.)

1

Based upon a review of this matter, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Katz employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Court accepts and adopts the Report-Recommendation for the reasons stated therein.  (Dkt. No. 7.)  To those reasons, the Court adds only two brief points.

First, although the Report-Recommendation recommends that the dismissal of Plaintiff's Complaint be only without prejudice, the Court finds that a dismissal *with* prejudice to be more appropriate for each of two alternative reasons: (1) the implausibility of any civil claim by Plaintiff against Defendants based on the factual allegations asserted; and (2) Plaintiff's abuse of the litigation process in this District.

Second, Plaintiff has an extensive litigation history in this District, having filed more than twenty *pro se* actions in 2025 alone.  In two of those actions, the Court warned Plaintiff that his continued abuse of the litigation process may result in an Order directing him to show cause why he should not be enjoined from filing future *pro se* actions in this District without prior leave of the District's Chief Judge.  *See Paul v. Hawker*, 25-CV-0132, Decision and Order, at 8-9 (N.D.N.Y. filed Apr. 9, 2025) (Suddaby, J.); *Paul v. Passini*, 25-CV-0030, Decision and Order, at 11-13 (N.D.N.Y. filed Mar. 18, 2025) (Suddaby, J.).  Because this action was commenced

---

[1]     When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

before the Court issued those two warnings, the Court will not, at this time, refer him to Chief

U.S. District Judge Brenda K. Sannes for consideration of such an Order to Show Cause.

However, Plaintiff is again reminded that, if he continues to file frivolous actions, such a referral

shall result.

      **ACCORDINGLY**, it is

      **ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 7) is

**ACCEPTED** and **ADOPTED** in its entirety; and it is further

      **ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** **with prejudice**.

Dated: April 7, 2026
      Syracuse, New York

_____
      HON. GLENN T. SUDDABY
      United States District Judge

3